In the Matter of MICHAEL J. POWERS, Appellant, against THOMAS F. DONOHUE et al., Constituting the Board of Elections of the County of Albany, Respondents.

Argued July 2, 1947; decided July 2, 1947.

*Robert E. Whalen* and *Robert J. Laffin* for appellant.

*Walter L. Collins, County Attorney* (*Frank Pedlow* of counsel), for respondents.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown, Henry S. Manley* and *Kent H. Brown* of counsel), appearing, pursuant to section 68 of the Executive Law, in support of the constitutionality of chapter 432 of the Laws of 1947.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.